## REQUEST FOR WARRANT ON FILING OF AN INDICTMENT

TO: Clerk, United States District Court
District of North Dakota

1:20-cr-75-01

The Grand Jury returned an Indictment on June 3, 2020, against KAYLA RENEE KEYES, charging the following:

21 USC 846 - Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances
21 USC 856(a)(1) and 856(b) - Maintaining Drug-Involved Premises
18 USC 2 - Aiding and Abetting

It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒ The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐ The United States recommends that:

☐ Bail be set at $ _____

☐ Defendant be detained without bail.

COMMENTS:

Dated: 6/3/2020

DREW H. WRIGLEY
United States Attorney