Local AO 470  (Rev. 11/16)  Order Scheduling a Hearing

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 1:20-cr-075 |
| | ) | | |
| Kayla Renee Keyes | ) | | |
| | ) | | |

## ORDER SCHEDULING

## DETENTION HEARING

A hearing in this case is scheduled as follows:

| | | | |
|---|---|---|---|
| **Type:** | Detention Hearing | **Date and Time:** | June 12, 2020, at 11:00 AM |
| **Place:** | U.S. Federal Courthouse  Bismarck, ND | **Courtroom No.:** | Bismarck Courtroom 2 to Fargo ADR |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:    06/09/2020
_____

*/s/ Clare R. Hochhalter*
_____
*Judge's signature*

Clare R. Hochhalter, Magistrate Judge
_____
*Printed name and title*