IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NORTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No. 1:20-CR-75 |
| | ) | |
| vs. | ) | **DEFENDANT'S SUPPLEMENT** |
| | ) | **TO MOTION FOR** |
| KAYLA RENEE KEYES, | ) | **RECONSIDERATION OF** |
| | ) | **DETENTION** |
| Defendant. | ) | |

COMES NOW the Defendant, Kayla Keyes, by and through her attorney, Ronald K. Hettich, Hettich Law Firm, PLLC, 112 University Drive N., Suite 323, Fargo, ND 58102, hereby moves this Honorable Court for an Order as follows:

1. Ms. Keyes completed the physical and testing for entry into Prairie Recovery Center.

2. Defense Counsel contacted Prairie Recovery Center this morning to confirm they have a spot for Ms. Keyes. Prairie Recovery Center confirmed they do have a spot for Ms. Keyes today.

3. Ms. Keyes indicated previously to the Court that her father, Brian Keyes, could transport her to Prairie Recovery Center from the McLean County Jail.

4. Mr. Keyes is asking the Court to issue an order allowing her immediate release to Brian Keyes for purposes of transporting Ms. Keyes to Prairie Recovery Center.

1

Dated this 14th day of August, 2020.

         **HETTICH LAW FIRM, PLLC**

By:  */s/ Ronald K. Hettich*
   Ronald K. Hettich – ND ID #06035
   Attorney for Defendant
   112 University Drive N., Suite 323
   Fargo, ND 58102
   Tel: (701) 356-6471
   Fax: (701) 356-6472
   ron@hettichlaw.com