# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:20-cr-075 |
| Kayla Renee Keyes, | ) | |
| | ) | |
| Defendant. | ) | |

On August 18, 2020, the Court issued an order conditionally releasing Defendant to her father on August 19, 2020, for transport to Prairie Recovery Center so that she could commence treatment. On August 20, 2020, the Pretrial Services Office advised the Court that Defendant had not reported to Prairie Recover Center as directed.

Accordingly, the Court vacates its August 18, 2020, order and directs the Clerk's Office to issue a warrant for Defendant's arrest. Upon her arrest, Defendant shall be committed to the custody of the Attorney General or designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a Court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with court proceedings.

**IT IS SO ORDERED.**

Dated this 20th day of August, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court