IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff, | |
| vs. | Case No. 1:20-cr-00075 |
| Kayla Renee Keyes and Kasondra Kaye Grant a/k/a Kassie Kaye a/k/a Kassandra Grant, | |
| Defendants. | |

ORDER TO CONTINUE TRIAL

[¶1] THIS MATTER comes before the Court pursuant to the Administrative Order regarding Court Operations Under the Exigent Circumstances Created by COVID-19 ("Administrative Order"), dated October 22, 2020, and entered by Chief Judge Peter D. Welte for the District of North Dakota in which he ordered all jury trials scheduled between October 22, 2020, and November 30, 2020, be continued. The Administrative Order found the ends of justice are served by ordering the continuances of those trials and excluded the period between October 22, 2020, and November 30, 2020, from speedy trial calculations under 18 U.S.C. § 3161(h)(7))(A). The Order also stated that the Court may extend the period of exclusion as circumstances may warrant. Trial in this matter is set to begin within that timeframe on November 17, 2020. Doc. No. 45.

[¶2] In light of the COVID-19 outbreak and the findings of the Administrative Order, this Court finds there is good cause to continue the trial, and "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" pursuant to 18

U.S.C. § 3161(h)(7)(A).  See United States v. Lucas, 499 F.3d 769, 782-83 (8th Cir. 2007); United States v. Hohn, 8 F.3d 1301, 1305 (8th Cir. 1993); United States v. Driver, 945 F.2d 1410, 1414 (8th Cir. 1991).

[¶3]  It is therefore **ORDERED** that trial shall be rescheduled to begin Tuesday, January 12, 2021, at 9:00 a.m. in Bismarck Courtroom 1 before the undersigned. A three (3) day trial is anticipated.  All time which elapses from the date of this Order until trial shall be excluded from any Speedy Trial Act calculation.  See 18 U.S.C. § 3161(h)(7)(A) and 18 U.S.C. § 3161(h)(7)(B); see also Administrative Order dated October 22, 2020 at ¶ 6.

[¶4]  **IT IS SO ORDERED.**

DATED October 23, 2020.

Daniel M. Traynor, District Judge
United States District Court