IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KAYLA RENEE KEYES,<br><br>　　　　Defendant. | Case No. 1:20-cr-075-01<br><br>**UNITED STATES' SENTENCING MEMORANDUM** |

　　The United States of America, by Nicholas W. Chase, Acting United States Attorney (via recusal) for the District of North Dakota, and Rick L. Volk, Assistant United States Attorney, has no objections or corrections to the Pre-Sentence Investigation Report, and requests the Court impose a sentence of imprisonment within the Guideline sentencing range calculated by the Court at the time of the sentencing hearing.

　　Dated this 11th day of April, 2021.

　　　　　　　　　　　　　　　　　NICHOLAS W. CHASE
　　　　　　　　　　　　　　　　　Acting United States Attorney


　　　　　　　　　　　　By:　　/s/ Rick L. Volk
　　　　　　　　　　　　　　　　RICK L. VOLK
　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　P. O. Box 699
　　　　　　　　　　　　　　　　Bismarck, ND  58502-0699
　　　　　　　　　　　　　　　　(701) 530-2420
　　　　　　　　　　　　　　　　N.D. Bar Board ID No. 04913
　　　　　　　　　　　　　　　　Attorney for United States