PROB 35
(Rev. 12/00)

# United States District Court
# District of North Dakota

### Report and Order Terminating Supervised Release
### Prior to Original Expiration Date

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | Docket No.: 1:20cr75-01 |
| | ) | |
| Kayla Renee Keyes | ) | |

On April 13, 2021, the above-named was sentenced to a period of 46 months imprisonment; to be followed by three years of supervised release. Ms. Keyes' term of supervised release began on March 27, 2023. The defendant has complied with the rules and regulations of supervision and is no longer in need of supervision. It is accordingly recommended that the defendant be discharged from supervision.

Respectfully,

/s/ Michelle Zavoral            12/18/2025
Reviewed by: Chris Ambuehl, SUSPO
Place: Fargo, ND

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervision and that the proceedings in this case be terminated.

Dated this  19th  day of _____December_____, 2025.

_____
The Honorable Daniel M. Traynor
U.S. District Court Judge